**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WISCONSIN

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---------|-------------------|

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | TODD<br>First name<br><br>ALLEN<br>Middle name<br><br>BARNHARDT<br>Last name and Suffix (Sr., Jr., II, III) | STACY<br>First name<br><br>RENE<br>Middle name<br><br>BARNHARDT<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. |  |  |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-3058 | xxx-xx-9412 |

| Debtor 1 | **TODD ALLEN BARNHARDT** | |
|---|---|---|
| Debtor 2 | **STACY RENE BARNHARDT** | Case number *(if known)* |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| ■ I have not used any business name or EINs. | ■ I have not used any business name or EINs. |
| Business name(s) | Business name(s) |
| EINs | EINs |

**5.** **Where you live**

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| | If Debtor 2 lives at a different address: |
| **1824 SHERWOOD BOULEVARD** | |
| **EAU CLAIRE, WI 54703** | |
| Number, Street, City, State & ZIP Code | Number, Street, City, State & ZIP Code |
| **EAU CLAIRE** | |
| County | County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| Number, P.O. Box, Street, City, State & ZIP Code | Number, P.O. Box, Street, City, State & ZIP Code |

**6.** **Why you are choosing *this district* to file for bankruptcy**

| Check one: | Check one: |
|---|---|
| ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. | ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. |
| ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

| Debtor 1 | **TODD ALLEN BARNHARDT** | | |
|---|---|---|---|
| Debtor 2 | **STACY RENE BARNHARDT** | Case number *(if known)* | |

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No
- ■ Yes.

| Debtor | **LMLC FRANCHISING, LLC** | Relationship to you | **AS SURETY FOR** |
|---|---|---|---|
| District | **WESTERN DISTRICT OF WISCONSIN** | When | Case number, if known **PENDING** |
| Debtor | **See Attachment** | Relationship to you | |
| District | | When | Case number, if known |

---

**11. Do you rent your residence?**

- ☐ No.  Go to line 12.
- ■ Yes.  Has your landlord obtained an eviction judgment against you?
    - ■ No. Go to line 12.
    - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1   **TODD ALLEN BARNHARDT**
Debtor 2   **STACY RENE BARNHARDT**

Case number *(if known)* _____

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

_____
Number, Street, City, State & Zip Code

Debtor 1    **TODD ALLEN BARNHARDT**
Debtor 2    **STACY RENE BARNHARDT**

Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **TODD ALLEN BARNHARDT**
Debtor 2   **STACY RENE BARNHARDT**

Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17.** Are you filing under Chapter 7?

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ No.   I am not filing under Chapter 7. Go to line 18.

☑ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

---

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19.** How much do you estimate your assets to be worth?

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ TODD ALLEN BARNHARDT**
**TODD ALLEN BARNHARDT**
Signature of Debtor 1

**/s/ STACY RENE BARNHARDT**
**STACY RENE BARNHARDT**
Signature of Debtor 2

Executed on   **November 20, 2019**
MM / DD / YYYY

Executed on   **November 20, 2019**
MM / DD / YYYY

---

Debtor 1    **TODD ALLEN BARNHARDT**
Debtor 2    **STACY RENE BARNHARDT**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ STEVEN C. OPHEIM**                                    Date    **November 20, 2019**
Signature of Attorney for Debtor                                    MM / DD / YYYY

**STEVEN C. OPHEIM**
Printed name

**DUDLEY AND SMITH, P.A.**
Firm name

**101 EAST FIFTH STREET**
**SUITE 2602**
**ST. PAUL, MN 55101**
Number, Street, City, State & ZIP Code

Contact phone    **651-291-1717**                    Email address    **sopheim@dudleyandsmith.com**

**1031513 WI**
Bar number & State

---

Debtor 1    **TODD ALLEN BARNHARDT**
Debtor 2    **STACY RENE BARNHARDT**

Case number *(if known)* _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **TODD ALLEN BARNHARDT** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **STACY RENE BARNHARDT** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number
(if known)    _____

☐ Check if this is an
amended filing

## FORM 101. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | **LMLC FRANCHISING, LLC** | | Relationship to you | **AS SURETY FOR** |
|---|---|---|---|---|
| District | **WESTERN DISTRICT OF WISCONSIN** | When | Case number, if known | **PENDING** |
| Debtor | **LMLC HOLDINGS, INC.** | | Relationship to you | **AS SURETY FOR** |
| District | **WESTERN DISTRICT OF WISCONSIN** | When | Case number, if known | **PENDING** |
| Debtor | **LMLC MANAGEMENT, LLC** | | Relationship to you | **AS SURETY FOR** |
| District | **WESTERN DISTRICT OF WISCONSIN** | When | Case number, if known | **PENDING** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Wisconsin

In re  **TODD ALLEN BARNHARDT**
    **STACY RENE BARNHARDT**

Debtor(s)

Case No. _____

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,003.00** |
| Prior to the filing of this statement I have received | $ | **5,003.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):  **MEDHI SABET - $995.00; DEBTOR - $4,343.00**

3.  The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or adversary proceeding; or other contested matter.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 20, 2019**
*Date*

**/s/ STEVEN C. OPHEIM**
**STEVEN C. OPHEIM**
*Signature of Attorney*
**DUDLEY AND SMITH, P.A.**
**101 EAST FIFTH STREET**
**SUITE 2602**
**ST. PAUL, MN 55101**
**651-291-1717   Fax: 651-223-5055**
**sopheim@dudleyandsmith.com**
*Name of law firm*

ADAM EDWARD URBANCZYK
AU, LLC
564 WEST RANDOLPH STREET
2ND FLOOR
CHICAGO, IL 60661

ADEL GHAFFARI
C/O KAMELI LAW
17 NORTH STATE STREET, SUITE 1700
CHICAGO, IL 60602

ADP
8100 OLD CEDAR AVENUE SOUTH
BLOOMINGTON, MN 55425

ADVANT LLC
Acct No 3665
PO BOX 9183380
CHICAGO, IL 60691

AHMED ESSAM AMMAR
KAMELI LAW GROUP, LLC
17 NORTH STATE STREET
SUITE 1700
CHICAGO, IL 60602

ALI FANI
C/O KAMELI LAW
17 NORTH STATE STREET, SUITE 1700
CHICAGO, IL 60602

ALI KASHI
C/O KAMELI LAW
17 NORTH STATE STREET, SUITE 1700
CHICAGO, IL 60602

ALLTRAN COLLECTIONS
Acct No 0624
PO BOX 519
SAUK RAPIDS, MN 56379

AMAA LLC / MOHMADALI MOMIN
C/O ALI MOMIN
470 IMPERIAL LANE
OAKDALE, MN 55128

ARIAN LLC
17 NORTH STATE STREET, SUITE 1700
CHICAGO, IL 60602

ARION, L.L.C.
C/O DAVID C. HURST
BRUGGEMAN HURST & ASSOC, PC
20012 WOLF ROAD, SUITE 200
MOKENA, IL 60448

ARSHIDA LLC
17 NORTH STATE STREET, SUITE 1700
CHICAGO, IL 60602

ASSOCIATED BANK
433 MAIN STREET
GREEN BAY, WI 54301

AYLIN & RAMTIN LLC
17 NORTH STATE STREET, SUITE 1700
CHICAGO, IL 60602

BANK OF THE WEST
Acct No 5054
C/O MS SERVICES, LLC
123 WEST 1ST STREET, SUITE 430
CASPER, WY 82601

BANK OF THE WEST
3779 EVERGREEN PARKWAY
EVERGREEN, CO 80439

BB MAC

BILL MCVEY
19303 FRANKLIN CIRCLE
OMAHA, NE 68022

CAPCALL, LLC
122 EAST 42ND STREET
SUITE 2112
NEW YORK, NY 10168

CAPELLA UNIVERSITY
Acct No 3058
225 SOUTH 6TH STREET
MINNEAPOLIS, MN 55402

CAPITAL ONE SERVICES, LLC
Acct No 6224
PO BOX 70886
CHAROLETTE, NC 28272-9903

CAPITAL ONE, N.A.
Acct No 3649
PO BOX 71083
CHARLOTTE, NC 28272-1083

CAPITAL ONE, N.A.
Acct No 3918
PO BOX 71083
CHARLOTTE, NC 28272-1083

CARECREDIT / SYNCHRONY BANK
Acct No 4905
PO BOX 960061
ORLANDO, FL 32896-0061

CAROLINA ALCARAZ
RTR RECOVERY, LLC
122 EAST 42ND, SUITE 2112
NEW YORK, NY 10168

CENTURA KEYSTONE PARENT
Acct No 7731
C/O BC SERVICES, INC.
PO BOX 1317
LONGMONT, CO 80502-1317

CHARITY L. PURFEERST

CLIENT SERVICES INC.
Acct No 9626
3451 HARRY S TRUMAN BLVD
ST. CHARLES, MO 63301-4047

COLORADO DEPARTMENT OF
WORKFORCE UNEMPLOYMENT INS
251 EAST 12TH AVENUE
DENVER, CO 80203

COLORADO DEPARTMENT OF LABOR
633 - 17TH STREET, SUITE 201
DENVER, CO 80202

COLORADO DEPARTMENT OF REVENUE
1881 PIERCE STREET
DENVER, CO 80214

COMCAST
Acct No 8989
ONE COMCAST CENTER
PHILADELPHIA, PA 19103

CORITA SCHILLING
1604 LYNN AVENUE
ALTOONA, WI 54702

CROWN ASSET MANAGEMENT LLC
Acct No 9206
C/O MCCARTHY, BURGESS & WOLFF
26000 CANNON ROAD
CLEVELAND, OH 44146

DEVIN BOX
1639 MURPHY PARKWAY
EAGAN, MN 55122

DEVIN BOX
1764 GABBRO TRAIL
EAGAN, MN 55122

DIVERSIFIED ADJUSTMENTS
Acct No 4844
600 COON RAPIDS BLVD
COON RAPIDS, MN 55433

DORNA TAJKARIMI
C/O KAMELI LAW
17 NORTH STATE STREET, SUITE 1700
CHICAGO, IL 60602

DORNA TJ, LLC
17 NORTH STATE STREET
SUITE 1700
CHICAGO, IL 60602

EDRIC MANAGEMENT, INC.


FERIDOON KARAMATPANAH
C/O KAMELI LAW
17 NORTH STATE STREET, SUITE 1700
CHICAGO, IL 60602

FOROUD SHAREGH
330 SOUTH MICHIGAN AVENUE
CHICAGO, IL 60604

FORWARD FINANCING
C/O DEDICATED COMMERCIAL RECOVERY
1970 OAKCREST AVENUE, SUITE 217
ROSEVILLE, MN 55113

FRANK J. JABLONSKI
PROGREESSIVE LAW GROUP, LLC
354 WEST MAIN STREET
MADISON, WI 53703

GEICO
Acct No 6681
ONE GEICO PLAZA
BETHESDA, MD 20811-0001

GENESIS FS CARD SERVICES
Acct No 3299
PO BOX 4477
BEAVERTON, OR 97076-4477

GENWORTH LIFE AND ANNUITY
Acct No 5635
PO BOX 10720
LYNCHBURG, VA 24506-0720

```
GM FINANCIAL
Acct No 8175
PO BOX 78143
PHOENIX, AZ 85062-8143

GREAT LAKES
Acct No 6131
PO BOX 7860
MADISON, WI 53707-7860

GREAT LAKES
Acct No 3058
PO BOX 7860
MADISON, WI 53707-7860

GUSTO
525 - 20TH STREET
SAN FRANCISCO, CA 94107

HIGH SPEED CAPITAL
C/O MAX RECOVERY GROUP LLC
55 BROADWAY, 3RD FLOOR
NEW YORK, NY 10006

IBEX FUNDING GROUP LLC
323 KINGSTON AVENUE
BROOKLYN, NY 11213

ILLINOIS DEPARTMENT OF
WORKFORCE UNEMPLOYMENT INS
2 SMOKETREE PLAZA
NORTH AURORA, IL 60542

ILLINOIS DEPARTMENT OF LABOR
160 NORTH LASALLE BOULEVARD
CHICAGO, IL 60601

ILLINOIS DEPARTMENT OF REVENUE
PO BOX 19035
SPRINGFIELD, IL 62794-9035

INDIANA DEPARTMENT OF REVENUE
PO BOX 7222
INDIANAPOLIS, IN 46207-7222

INDIANA DEPT OF ECONOMIC SEC
10 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204

INDIGO
Acct No 3200
PO BOX 23039
COLUMBUS, GA 31902
```

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTUIT QUICKBOOKS
2700 COAST AVENUE
MOUNTAIN VIEW, CA 94043

JASMINROSE LLC
17 NORTH STATE STREET, SUITE 1700
CHICAGO, IL 60602

JOSEPH VEENSTRA
JOHNS, FLAHERTY & COLLINS, S.C.
205 - 5TH AVENUE SOUTH, SUITE 600
LACROSSE, WI 54601

JOSIE MARIE BROTH

KIA & KAT, LLC
17 NORTH STATE STREET
SUITE 1700
CHICAGO, IL 60602

KU LLC
17 NORTH STATE STREET, SUITE 1700
CHICAGO, IL 60602

LCMC HOLDINGS INC.
PO BOX 1372
EAU CLAIRE, WI 54702

LITTLE LINDS LEARNING CENTER -
ROCKFORD NORTH, LLC
17 NORTH STATE STREET, SUITE 1700
CHICAGO, IL 60602

LITTLE MINDS LEARING CENTER -
NAPERVILLE, LLC
17 NORTH STATE STREET, SUITE 1700
CHICAGO, IL 60602

LITTLE MINDS LEARING CENTER -
NORTH CHICAGO, LLC
17 NORTH STATE STREET, SUITE 1700
CHICAGO, IL 60602

LITTLE MINDS LEARNING CENTER
2190 TORREY PINE DRIVE
COALMONT, CO 80430

LITTLE MINDS LEARNING CENTER-ONALASKA
LLC/MOHMADALI MOMIN
C/O ALI MOMIN
470 IMPERIAL LANE
OAKDALE, MN 55128

LMLC FRANCHISING LLC
PO BOX 1372
EAU CLAIRE, WI 54702

LMLC HOLDINGS, INC.
1824 SHERWOOD BOULEVARD
EAU CLAIRE, WI 54703

LMLC HOLDINGS, INC.
PO BOX 1372
EAU CLAIRE, WI 54702

LMLC MANAGEMENT LLC
PO BOX 1372
EAU CLAIRE, WI 54702

LMLC MANAGEMENT, LLC
PO BOX 1372
EAU CLAIRE, WI 54702

LMLC OF TEXAS, LLC
C/O STEVE WU
1717 MORNING GLORY DIRVE
CORINTH, TX 76210

LOIS THOMAS
813 GREY FAWN DRIVE
OMAHA, NE 68154

LVNV FUNDING LLC
Acct No 3665
C/O GLOBAL CREDIT COLLECTIONS
PO BOX 6130
DEARBORN, MI 48121-6130

MADHI GFOFRANI
C/O KAMELI LAW
17 NORTH STATE STREET, SUITE 1700
CHICAGO, IL 60602

MAHER AMOURA
C/O NADIA AMOURA
20020 MANDERSON CIRCLE
ELKHORN, NE 68022

MALCOM STRANGE DDS
30960 STAGECOACH BLVD, SUITE W-100
EVERGREEN, CO 80439

MARENGO AMBULANCE
Acct No 1438
970 COURT AVENUE
MARENGO, IA 52301

MARYAM MANSOURI TEHRANI
C/O KAMELI LAW
17 NORTH STATE STREET, SUITE 1700
CHICAGO, IL 60602

MASOUD SABET
9158 LARUEL PLAZA
OMAHA, NE 68134

MEDHI SABET
9158 LARUEL PLAZA
OMAHA, NE 68134

MINNESOTA DEPARTMENT OF LABOR
443 LAFAYETTE ROAD
ST. PAUL, MN 55155

MINNESOTA REVENUE
PO BOX 64054
ST. PAUL, MN 55164-0054

MM EDUCATION, LLC
C/O PIMAL PATEL
PATEL PC
7324 SOUTHWEST FREEWAY, STE 560
HOUSTON, TX 77074

MN DEPARTMENT OF WORKFORCE
DEVELOPMENT UNEMPLOYMENT INS
332 MINNESOTA STREET
SUITE E200
ST. PAUL, MN 55101

MOHAMED JAFFER
C/O PIMAL PATEL
PATEL PC
7324 SOUTHWEST FREEWAY, STE 560
HOUSTON, TX 77074

MOHAMMED RAEOUFF
MAPLEWOOD LANE
AURORA, CO 80015

MOJTABA GHOFRANI
C/O KAMELI LAW
17 NORTH STATE STREET, SUITE 1700
CHICAGO, IL 60602

MORTEZA KARAMI
C/O KAMELI LAW
17 NORTH STATE STREET, SUITE 1700
CHICAGO, IL 60602

NADIA LLC / NADIA AMOURA
20020 MANDERSON CIRCLE
ELKHORN, NE 68022

NEBRASKA DEPARTMENT OF LABOR
550 SOUTH 16TH STREET
LINCOLN, NE 68508

NEBRASKA DEPARTMENT OF REVENUE
1313 FARNAM STREET
SUITE 10
OMAHA, NE 68102

NEBRASKA DEPT OF UNEMPLOYMENT
550 SOUTH 16TH STREET
LINCOLN, NE 68508

NOUSHA SABET
9158 LAUREL PLAZA
OMAHA, NE 68134

NOUSHA SABET

NPAS SOLUTIONS, LLC
Acct No 5428
PO BOX 2248
MARYLAND HEIGHTS, MO 63043-1048

ONEMAIN FINANCIAL
Acct No 8722
PO BOX 64
EVANSVILLE, IN 47701-0064

PAYPAL / SYNCHRONY BANK
Acct No 9206
PO BOX 960006
ORLANDO, FL 32896-0006

PAYPAL / SYNCHRONY BANK
Acct No 9626
PO BOX 960006
ORLANDO, FL 32896-0006

PAYPAL / SYNCHRONY BANK
Acct No 9215
PO BOX 960006
ORLANDO, FL 32896-0006

PEDIATRIC DENTAL GROUP OF
EVERGREEN, CO
30960 STAGECOACH BLVD
SUITE 100
EVERGREEN, CO 80439

PRESBYTERIAN/ST. LUKES MED CTR
Acct No 5428
PO BOX 740760
CINCINNATI, OH 45274-0760

PROCARE SOFTWARE
1 WEST MAIN STREET, SUITE 201
MEDFORD, OR 97501

PROGRESSIVE INSURANCE
Acct No 7729
PO BOX 31260
TAMPA, FL 33631

PROGRESSIVE LAW GROUP LLC
1570 OAK AVENUE, SUITE 103
EVANSTON, IL 60201

PROGRESSIVE UNIVERSAL INS CO
Acct No 2425
C/O CREDIT COLLECDTION SERVICES
725 CANTON STREET
NORWOOD, MA 02062

PROPERTY DYNAMICS
55 EAST MONROE STREET
CHICAGO, IL 60603

RGH, LLC
17 NORTH STATE STREET
SUITE 1700
CHICAGO, IL 60602

RIVERBEND RENTALS & PROPERTY MGMT
2601 MORNINGSIDE DRIVE
EAU CLAIRE, WI 54703

ROYAL CREDIT UNION
419 NORTH HASTINGS PLACE
EAU CLAIRE, WI 54703

SAAS LLC / MOHMADALI MOMIN
C/O ALI MOMIN
470 IMPERIAL LANE
OAKDALE, MN 55128

SCOTT SELCHERT

SEPIDEH NOEKAH
330 SOUTH MICHIGAN AVENUE
CHICAGO, IL 60604

SHABNAM ARABPOUR
C/O KAMELI LAW
17 NORTH STATE STREET, SUITE 1700
CHICAGO, IL 60602

SIAVASH KHOSRAVI
C/O KAMELI LAW
17 NORTH STATE STREET, SUITE 1700
CHICAGO, IL 60602

SIMA SABET
9158 LARUEL PLAZA
OMAHA, NE 68134

SPENCE PETROS
2207 STILLING LANE
MCHENRY, IL 60050

SPENCER GOHRE
7625 WEST 84TH STREET
BLOOMINGTON, MN 55438

SPRINT WIRELESS EXPRESS
3545 GATEWAY DRIVE
EAU CLAIRE, WI 54701

SYSCO
Acct No 5998
2400 COUNTY ROAD J
ST. PAUL, MN 55112

SYSCO CORPORATION/CREDITOR ADJ BUREAU
Acct No 5998
C/OLAW OFFICES OF KENNETH J. FREED
14226 VENTURA BLVD
PO BOX 5914
SHERMAN OAKS, CA 91413

TAHER KAMELI
KAMELI & ASSOCIATES, PC
1319 SOUTH STATE STREET
SUITE C-2
CHICAGO, IL 60605

TRINA SANDLIE
114 CANTERBURY ROAD
CIRCLE PINES, MN 55014

US BANK
1101 PEARSON DRIVE
HUDSON, WI 54016

WEBBANK
Acct No 3665
215 SOUTH STATE STREET
SUITE 1000
SALT LAKE CITY, UT 84111

WI DEPARTMENT OF LABOR
201 EAST WASHINGTON AVENUE
SUITE A300
MADISON, WI 53703

WI DEPT OF WORKFORCE DEVELOP
UNEMPLOYMENT INSURANCE
COLLECTIONS - TAX
PO BOX 8914
MADISON, WI 53708

WI DEVELOPMENT LLC
2001 TWILITE AVENUE
LA CRESCENT, MN 55947

WISCONSIN DEPARTMENT OF REVENUE
PO BOX 8966
MADISON, WI 53708-8966

XCEL ENERGY
Acct No 4844
PO BOX 840
DENVER, CO 80201

YASEEN JAFFER
C/O PIMAL PATEL
PATEL PC
7324 SOUTHWEST FREEWAY, STE 560
HOUSTON, TX 77074

YASEEN JAFFER
C/O PATEL LAW
7324 SOUTHWEST FREEWAY
SUITE 560
HOUSTON, TX 77074

YELLOWSTONE CAPITAL, LLC
30 BROAD STREET
14TH FLOOR, SUITE 1462
NEW YORK, NY 10004

# United States Bankruptcy Court
## Western District of Wisconsin

In re      TODD ALLEN BARNHARDT
      STACY RENE BARNHARDT

                                              Debtor(s)

Case No. _____

Chapter    7

## DECLARATION RE: ELECTRONIC FILING

**PART I - DECLARATION OF PETITIONER:**

I [We] _____**TODD ALLEN BARNHARDT**_____ and _____**STACY RENE BARNHARDT**_____, the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I have given or will give my attorney and the information provided in the electronically filed petition, statements and schedules is true and correct. I consent to my attorney sending my petition, this declaration, statements and schedules and any future amendments of these documents to the United States Bankruptcy Court, United States Trustee and Panel Trustee. I understand that this **DECLARATION RE: ELECTRONIC FILING** is to be filed with the Clerk after the petition has been filed electronically but, in any event, no later than 5 business days after the petition has been filed. I understand that failure to file the signed original of this **DECLARATION** may cause my case to be dismissed.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of Title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter specified in the petition.

[If petitioner is a corporation, partnership or limited liability entity] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Signed: _____  
        **TODD ALLEN BARNHARDT**  
              Debtor

                    **STACY RENE BARNHARDT**  
                          Joint Debtor

**(If joint case, both spouses must sign)**

Dated: _____11 / 20 / 19_____

_____  
Authorized Corporate Officer, Partner, or Member

**PART II - DECLARATION OF ATTORNEY:**

I declare under penalty of perjury that the debtor(s) signed this Declaration before I submitted the petition, schedules, and statements. I have informed the individual petitioner that he and/or she may proceed under chapter 7, 11, 12, or 13 of Title 11, United States Code, and have explained the relief available under each such chapter.

Dated: __11 - 20 - 2019__       Signed: _____  
                                      STEVEN C. OPHEIM  
                                      Attorney for Debtor(s)  
                                      Wisconsin Bar No. **1031513 WI**  
                                      **101 EAST FIFTH STREET**  
                                      **SUITE 2602**  
                                      **ST. PAUL, MN 55101**  
                                      **651-291-1717**  
                                      Fax:651-223-5055  
                                      sopheim@dudleyandsmith.com

**(FILE ORIGINAL WITH COURT. DO NOT FILE ELECTRONICALLY)**

## U.S. BANKRUPTCY COURT
### WESTERN DISTRICT OF WISCONSIN

In re:   **TODD ALLEN BARNHARDT**                      Debtor(s)          Case No. _____
         **STACY RENE BARNHARDT**

### DEBTOR(S) ELECTRONIC NOTICING REQUEST(DeBN)

### CHECK ONLY ONE BOX FOR THE APPLICABLE SECTION BELOW:

☑ **INITIAL REQUEST:** (Check this box to begin receiving notices and orders from the U.S. Bankruptcy Court via email)
Pursuant to Bankruptcy Rule 9036, I hereby request receipt of court notices and orders via email, instead of U.S. mail, from the Bankruptcy Noticing Center (BNC) through the U.S. Bankruptcy Court's Debtor Electronic Bankruptcy Noticing (DeBN) program.

I understand that this request is limited to receipt of only notices and orders filed by the U.S. Bankruptcy Court. I will continue to receive documents filed by all other parties, such as the trustee and creditors, via U.S. mail or in person pursuant to court rules.

I understand that I will receive electronic notice of any documents filed by the court in any current or future bankruptcy or adversary case from any bankruptcy court district in which I am listed with the same name and address, including cases where I am listed as a creditor.

I understand that the first time the BNC receives an email bounce-back (undeliverable email), my DeBN account will be automatically disabled. I will then receive notices and orders via U.S. mail, and I must file an updated request form if I wish to reactivate my account.

I understand that enrollment in DeBN is completely voluntarily, and I may file a request to deactivate my account at any time.

☐ **UPDATE TO ACCOUNT INFORMATION:** (Check this box to make changes to your existing DeBN account)
I request the following update(s) to my DeBN account:

☐ I have a new email address as indicated below.

☐ I filed a new bankruptcy case, and I have an existing DeBN account. Please review my account to ensure my name and address in my account match this new case.

☐ I request reactivation of my DeBN account so that I may receive court notices and orders via email, instead of U.S. mail.

☐ **REQUEST TO DEACTIVATE ELECTRONIC NOTICING:** (Check this box to request deactivation of your DeBN account)
I request deactivation of my DeBN account. I understand that by deactivating my account, I will begin receiving notices and orders filed by the U.S. Bankruptcy Court via U.S. mail, instead of email.

I understand that I will continue to receive electronic notices until such time as the Court has deactivated my account.

*I am a debtor in this bankruptcy case, or the debtor's authorized representative if the debtor is a business, and I have read the applicable section check-marked above and understand and agree to the terms and conditions set forth therein. Neither the U.S. Bankruptcy Court nor the BNC bears any liability for errors resulting from the information I have submitted on this form.*

*Joint debtors with separate email addresses must file separate forms.*

                                                                Date: __11/20/19__
Signature _____
Print Name (and title if not the debtor): __TODD ALLEN BARNHARDT__
Email Address (type or print clearly): __todd.a.barnhardt@gmail.com__
Phone number (type or print clearly): _____

For more information about the DeBN program, visit the Court's website at: www.wiwb.uscourts.gov.
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

# U.S. BANKRUPTCY COURT
## WESTERN DISTRICT OF WISCONSIN

In re:    TODD ALLEN BARNHARDT                    Debtor(s)                    Case No. _____
          STACY RENE BARNHARDT                                                _____

### DEBTOR(S) ELECTRONIC NOTICING REQUEST(DeBN)

**CHECK ONLY ONE BOX FOR THE APPLICABLE SECTION BELOW:**

☑ **INITIAL REQUEST:** (Check this box to begin receiving notices and orders from the U.S. Bankruptcy Court via email)

Pursuant to Bankruptcy Rule 9036, I hereby request receipt of court notices and orders via email, instead of U.S. mail, from the Bankruptcy Noticing Center (BNC) through the U.S. Bankruptcy Court's Debtor Electronic Bankruptcy Noticing (DeBN) program.

I understand that this request is limited to receipt of only notices and orders filed by the U.S. Bankruptcy Court. I will continue to receive documents filed by all other parties, such as the trustee and creditors, via U.S. mail or in person pursuant to court rules.

I understand that I will receive electronic notice of any documents filed by the court in any current or future bankruptcy or adversary case from any bankruptcy court district in which I am listed with the same name and address, including cases where I am listed as a creditor.

I understand that the first time the BNC receives an email bounce-back (undeliverable email), my DeBN account will be automatically disabled. I will then receive notices and orders via U.S. mail, and I must file an updated request form if I wish to reactivate my account.

I understand that enrollment in DeBN is completely voluntarily, and I may file a request to deactivate my account at any time.

☐ **UPDATE TO ACCOUNT INFORMATION:** (Check this box to make changes to your existing DeBN account)

I request the following update(s) to my DeBN account:

☐ I have a new email address as indicated below.

☐ I filed a new bankruptcy case, and I have an existing DeBN account. Please review my account to ensure my name and address in my account match this new case.

☐ I request reactivation of my DeBN account so that I may receive court notices and orders via email, instead of U.S. mail.

☐ **REQUEST TO DEACTIVATE ELECTRONIC NOTICING:** (Check this box to request deactivation of your DeBN account)

I request deactivation of my DeBN account. I understand that by deactivating my account, I will begin receiving notices and orders filed by the U.S. Bankruptcy Court via U.S. mail, instead of email.

I understand that I will continue to receive electronic notices until such time as the Court has deactivated my account.

*I am a debtor in this bankruptcy case, or the debtor's authorized representative if the debtor is a business, and I have read the applicable section check-marked above and understand and agree to the terms and conditions set forth therein. Neither the U.S. Bankruptcy Court nor the BNC bears any liability for errors resulting from the information I have submitted on this form.*

*Joint debtors with separate email addresses must file separate forms.*

Date: 11/20/19

Signature _____

Print Name (and title if not the debtor:    STACY RENE BARNHARDT

Email Address (type or print clearly):    srbarnhardt@gmail.com

Phone number (type or print clearly):    _____