UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re:                                )
                                      )
**TODD A. BARNHARDT and**             )    Case No. 1-19-13897-cjf
**STACY R. BARNHARDT,**               )
                                      )
        Debtors.                      )

## TODD A. BARNHARDT'S
## VOLUNTARY WAIVER OF DISCHARGE PURSUANT TO 11 U.S.C.§727(A)(10)

**Todd A. Barnhardt** states the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the Debtor in this voluntary Chapter 7 case.

2. I am represented in this matter by Attorney Allison Shepard and Attorney Steven Opheim.

3. I hereby voluntarily agree to waive my discharge pursuant to 11 U.S.C. § 727(a)(10).

4. I make these statements and this waiver of discharge voluntarily and after consultation and thoroughly discussing this matter with my attorneys and after having been fully informed of the consequences.

5. This waiver constitutes a conscious and informed judgment to waive my discharge in this bankruptcy case.

6. This waiver applies to all of my debts existing at the time I filed my bankruptcy petition on November 20, 2019, whether such debts are listed in my petition and schedules or not.

7. I further understand that those debts will not be discharged in this bankruptcy case or in any future bankruptcy case I may file.

8. This waiver does not constitute an admission of wrongdoing related to the circumstances related to the debts which are the subject of this proceeding.

9. This waiver does not constitute an admission of the allegations made by the US Trustee in this proceeding.

10. I do hereby request that the Court approve the waiver of my discharge.

_____  Dated: 11/25/20
TODD A. BARNHARDT
DEBTOR

_____  Dated: 11/25/20
ALLISON V. SHEPARD
ATTORNEY FOR TODD A. BARNHARDT

_____  Dated: 11-25-2020
STEVEN C. OPHEIM (103513)
ATTORNEY FOR TODD A. BARNHARDT